IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : |
|---|---|
| Plaintiff, | : Case No. 2:10-CR-45 |
| v. | : JUDGE ALGENON L. MARBLEY |
| LINDA L. CASE, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Linda L. Case's Motion for Termination of her term of Supervised Release. (Dkt. 35.) The Government does not oppose the Ms. Case's Motion, and Ms. Case's probation officer supports the termination of her supervised release. Ms. Case has substantially complied with all the conditions of her supervised release. Pursuant to its authority under 18 U.S.C. § 3583(e), the Court finds that termination of Ms. Case's term of supervised release is appropriate and in the interests of justice, given Ms. Case's exemplary record of compliance with the conditions of her release and her successful participation in treatments.

Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

/s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

Dated: August 20, 2012